UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/09

------------------------------------------------------------x

PETER THOMASSEN, et al, : 08 Civ. 09221 (RJH)

               Plaintiff, :

   -against- : **ORDER**

SAW MILL AUTO SALES, :

              Defendant. :

------------------------------------------------------------x

1. The defendant shall provide by August 21, 2009 a sworn statement identifying all employees or independent contractors who worked for it or worked on its premises for the years 2005 - 2008.

2. A telephone conference shall be held on October 02, 2009 at 10:30 a.m..

Dated: New York, New York
July 23, 2009
SO ORDERED:

_____
Richard J. Holwell
United States District Judge